RICHARD A. LA CAVA
LAW OFFICES OF RICHARD A. LA CAVA,
A Professional Corporation
3814 24TH STREET, SUITE 202
SAN FRANCISCO, CA 94114
(415) 282-8960 STATE BAR #135653
richard@lacavalaw.com
www.lacavalaw.com

Attorney for Debtor(s):
    JOSHUA CHRISTOPHER BASS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 16-30713-DM |
| JOSHUA CHRISTOPHER BASS,<br>    Debtors. | CHAPTER 13<br><br>REQUEST FOR ENTRY OF ORDER BY DEFAULT AND DECLARATION IN SUPPORT OF ORDER ALLOWING MODIFICATION and APPLICATION FOR APPROVAL OF ADDITIONAL ATTORNEY FEES |

The undersigned declares as follows:

    1.    I am the attorney for the debtor in above action.

    2.    An Amended Motion to Modify Chapter 13 Plan and Application for Approval of Additional Attorney fees was filed on September 12, 2018 Document number 49.

    3.    Copies of the Amended Motion to Modify Chapter 13 Plan and Application for Approval of Additional Attorney fees and the Notice And Opportunity For Hearing Re: Amended Motion to Modify Chapter 13 Plan and Application for Approval of Additional Attorney fees has been served on all the creditors in addition to the Chapter 13 Trustee.

    4.    Debtor(s) request that an Order Modifying the Chapter 13 Plan as proposed in the attached application be granted.

    5.    The undersigned declares that my office has not received a request for a hearing within the time provided.

I declare under penalty of perjury of the laws of the United States of America, that the foregoing information is true and correct.

Dated: November 13, 2018          Richard A. La Cava/s/
                                        Richard A. La Cava
                                        Attorney at Law

# PROOF OF SERVICE BY MAIL

I declare that:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 3814 24th Street, Suite 202 San Francisco, California 94114.

On November 13, 2018, I Served the within:

REQUEST FOR ENTRY OF ORDER BY DEFAULT AND DECLARATION IN SUPPORT OF ORDER ALLOWING MODIFICATION and APPROVAL OF ADDITIONAL ATTORNEY FEES

On the parties in said cause by placing a true and correct copy thereof in an envelope with postage thereon fully prepaid, thereafter property sealing said envelope and depositing it in the United States mail at San Francisco, California, addressed as follow(s):

David Burchard Chapter 13, Trustee **Served via ECF Only**
P. O. Box 8059
Foster City, CA 94404

The United States Trustee **Served via ECF Only**

American Express
Attn: Bankruptcy Dept.
PO Box 981540
El Paso, TX 79998

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

Atty General Civil Trial Div US Dept Of
Justice Civil Trial Sec Ben Franklin Sta
PO Box 683
Washington, DC 20044-0683

Brian Gregor
c/o Daniel L. Balsam
The Law Offices of Daniel Balsam
2601C Blanding Avenue, #271
Alameda, CA 94501

Capital One
Attn: Bankruptcy
15000 Capital One Dr

REQUEST FOR ORDER MODIFYING CHAPTER 13 PLAN - 3
Case: 16-30713   Doc# 53   Filed: 11/13/18   Entered: 11/13/18 13:48:51   Page 3 of 8

Richmond, VA 23238-1119

Capital One Bank USA, NA
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130-0285

Carole Meiner
c/o Daniel L. Balsam
The Law Offices of Daniel Balsam
2601C Blanding Avenue, #271
Alameda, CA 94501

Chase Bank USA, N.A.
Attn: Bankruptcy Dept.
PO Box 15298
Wilmington, DE 19850-5298

Citibank
50 Northwest Point Road
Elk Grove Village, IL 60007

Citibank Citicorp Credit/Best Buy
Attn: Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

Credit First N.A.
Attn: Bankruptcy Dept.
PO Box 81315
Cleveland, OH 44181-0315

Credit First/CFNA
Attn: Bankruptcy Dept.
PO Box 818011
Cleveland, OH 44181-8011

Cynthia Hecker
c/o Daniel L. Balsam
The Law Offices of Daniel Balsam
2601C Blanding Avenue, #271
Alameda, CA 94501

Daniel Barrett
c/o Daniel L. Balsam
The Law Offices of Daniel Balsam

2601C Blanding Avenue, #271
Alameda, CA 94501

Daniel L. Balsam
The Law Offices of Daniel Balsam
2601C Blanding Avenue, #271
Alameda, CA 94501

Derek Hill
c/o Daniel L. Balsam
The Law Offices of Daniel Balsam
2601C Blanding Avenue, #271
Alameda, CA 94501

Erik Hellman
c/o Daniel L. Balsam
The Law Offices of Daniel Balsam
2601C Blanding Avenue, #271
Alameda, CA 94501

Fenwick Crecy
c/o Daniel L. Balsam
The Law Offices of Daniel Balsam
2601C Blanding Avenue, #271
Alameda, CA 94501

Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228

Franchise Tax Board
Attn: Bankruptcy Section, MS A-340
PO Box 2952
Sacramento, CA 95812

Heather Byrnes
c/o Daniel L. Balsam
The Law Offices of Daniel Balsam
2601C Blanding Avenue, #271
Alameda, CA 94501

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IRS Special Procedures Services

| | |
|---|---|
| 1 | Attn: BK Mail Code 1400S |
| 2 | 1301 Clay Street<br>Oakland, CA 94612 |
| 3 | |
| 4 | Jason Bishop<br>c/o Daniel L. Balsam |
| 5 | The Law Offices of Daniel Balsam<br>2601C Blanding Avenue, #271 |
| 6 | Alameda, CA 94501 |
| 7 | John Brennan |
| 8 | c/o Daniel L. Balsam<br>The Law Offices of Daniel Balsam |
| 9 | 2601C Blanding Avenue, #271<br>Alameda, CA 94501 |
| 10 | |
| 11 | Linda Hernandez<br>c/o Daniel L. Balsam |
| 12 | The Law Offices of Daniel Balsam<br>2601C Blanding Avenue, #271 |
| 13 | Alameda, CA 94501 |
| 14 | |
| 15 | Luci Seed<br>c/o Daniel L. Balsam |
| 16 | The Law Offices of Daniel Balsam<br>2601C Blanding Avenue, #271 |
| 17 | Alameda, CA 94501 |
| 18 | Macdonald Fernandez, LLP |
| 19 | 221 Sansome Street<br>San Francisco, CA 94104 |
| 20 | |
| 21 | Margie Barr<br>c/o Daniel L. Balsam |
| 22 | The Law Offices of Daniel Balsam<br>2601C Blanding Avenue, #271 |
| 23 | Alameda, CA 94501 |
| 24 | Mary O'Shea |
| 25 | c/o Daniel L. Balsam<br>The Law Offices of Daniel Balsam |
| 26 | 2601C Blanding Avenue, #271<br>Alameda, CA 94501 |
| 27 | |
| 28 | Matt Barrett<br>c/o Daniel L. Balsam |

The Law Offices of Daniel Balsam
2601C Blanding Avenue, #271
Alameda, CA 94501

Mira Blanchard
c/o Daniel L. Balsam
The Law Offices of Daniel Balsam
2601C Blanding Avenue, #271
Alameda, CA 94501

Nationwide Credit, Inc.
4700 Vestal Parkway E
Vestal, NY 13850

Nationwide Credit, Inc.
PO Box 26314
Lehigh Valley, PA 18002-6314

Nicole Morton
c/o Daniel L. Balsam
The Law Offices of Daniel Balsam
2601C Blanding Avenue, #271
Alameda, CA 94501

Tyler Zahn
c/o Daniel L. Balsam
The Law Offices of Daniel Balsam
2601C Blanding Avenue, #271
Alameda, CA 94501

US Attorney Attn Chief Tax Division
Federal Building 9th Floor
450 Golden Gate Ave Ste 36055
San Francisco, CA 94102-3432

Wells Fargo
PO Box 94435
Albuquerque, NM 87199-4435

Wells Fargo Card Service
Attn: Bankruptcy Dept
1 Home Campus, 3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Card Service
Attn: Bankruptcy Dept

1 Home Campus, 3rd Floor
Des Moines, IA 50328-0001

Wheel Works
PO Box 81410
Cleveland, OH 44181-0410

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Francisco, California.

Dated: November 13, 2018          __Richard A. La Cava/s/____
                                                    Richard A. La Cava
                                                    Attorney at Law